# U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**COMPLAINT**

Jurisdiction of this Court is founded on

Case: 1:23-cv-01905 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/30/2023
Description: Pro Se Gen. Civ. (F-DECK)

| Plaintiff | | Defendant | |
|---|---|---|---|
| Amelia Teresa Paz | | Cohen, Stanley, Leighton & Rodney, PC | |
| PLAINTIFF | vs | DEFENDANT | |
| 670 Rhode Island Ave NE #606 | | 1220 19th St. NW #555 | |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) | |
| Washington  DC  20002 | | Washington  DC  20036 | |
| City  State  Zip Code | | City  State  Zip Code | |
| (407) 417-0054 | | (202) 955-4529 | |
| Telephone Number | | Telephone Number | |
| ameliateresapaz@gmail.com | | | |
| Email Address (optional) | | Email Address (optional) | |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   a. Plaintiff was employed by Defendant from 10/17/2022 to 05/01/2023 as a non-exempt employee.

   b. During the period of her employment, Plaintiff regularly worked in excess of 40 hours per week.

   c. Despite working more than 40 hours per week, Plaintiff was not paid one and one-half times her regular rate of pay for the overtime hours she worked pursuant to 29 U.S.C. § 207.

   d. Defendant was aware that Plaintiff was regularly working hours in excess of 40 per week.

   e. On 04/27/23 Plaintiff requested overtime compensation from Defendant pursuant to 29 U.S.C. § 207.

   f. Less than two business days later, on 05/01/23, Defendant terminated Plaintiff's employment.

2. What relief are you requesting from the Court? Include any request for money damages.

   a. Declare that Defendant's practices violate the Fair Labor Standards Act.

   b. Award Plaintiff compensation for unpaid overtime worked pursuant to 29 U.S.C. § 207.

   c. Award Plaintiff an equal amount as liquidated damages pursuant to 29 U.S.C. § 216 (b).

   d. Any and all further relief that this Court deems just and proper.

**RECEIVED**
**JUN 30 2023**

Form CA-3074 [Rev. Nov. 2017]     1     Super. Ct. Civ. R-3 U.S District & Bankruptcy Courts for the District of Columbia

3. State any other information, of which the Court should be aware:

   a. Plaintiff hereby demands a jury trial.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_
**SIGNATURE**

June 30, 2023
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)