# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMELIA TERESA PAZ, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 23-1905 (CKK) |
| COHEN, STANLEY, LEIGHTON & RODNEY, PC, | : | |
| Defendant. | : | |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of the Confidential Settlement Agreement fully resolving plaintiff's claims against defendant brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the District of Columbia Payment and Collection of Wages Law, D.C. Code § 32-1301, *et seq.*, and finds the sealed Agreement reviewed in camera to be a fair and reasonable resolution of the claims.

Accordingly, it is

**ORDERED** that the Joint Motion to approve the settlement agreement, ECF No. 22, is **GRANTED**; it is further

**ORDERED** that this case is **DISMISSED** with prejudice, each party bearing its own attorneys' fees and expenses. The Clerk is directed to close the case.

**SO ORDERED**.

                                                        _____/s/_____
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

Date: May 1, 2024